In the Matter of the Accounting of EVERETT S. HISCOX et al., as Executors of DAVID HISCOX, Deceased, Appellants.

HARRIETT M. HUGHES, Individually and as Executrix of DAVID HISCOX, Deceased, Respondent.

*Matter of Hiscox*, 135 App. Div. 848, appeal dismissed.
(Argued January 11, 1911; decided January 17, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1909, which modified and affirmed as modified a decree of the Suffolk County Surrogate's Court directing an amendment of the accounts of the executors herein.

*Robert S. Pelletreau* for appellants.

*Timothy M. Griffing* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.